UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE LUIS MONDRAGON-PEREZ | No. 25 CR 547<br><br>Hon. M. David Weisman<br>Chief United States Magistrate Judge |

**UNOPPOSED MOTION TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court, to dismiss the Criminal Complaint without prejudice (Rec. Doc. 1.)

On September 5, 2025, defendant was charged by way of criminal complaint with one count of violating 8 U.S.C. § 1326(a) (reentry of removed aliens). The Court issued an arrest warrant on the same day. (Rec. Doc. 4.) On January 14, 2026, defendant was arrested in the Northern District of Illinois. (Rec. Doc. 5.) On January 20, 2026, the Hon. Laura K. McNally conducted a detention hearing, during which defendant was ordered released pursuant to conditions. (Rec. Doc. 10.)

After the Court's release order, defendant was transferred into the custody of Immigration and Customs Enforcement ("ICE") for removal proceedings. (Rec. Doc. 13.) On or about January 24, 2026, defendant was removed from the United States. (*Id.*)

1

Because defendant has been removed from the United States, and therefore, cannot further appear to face the charges in the criminal complaint, the government respectfully request that the Court dismiss the criminal complaint without prejudice. The undersigned has conferred with counsel for the defendant, who does not oppose this motion.

Dated: January 29, 2026

                                                  Respectfully submitted,

                                                  ANDREW S. BOUTROUS
                                                  United States Attorney

By:   /s/ *Jonathan L. Shih*
        JONATHAN L. SHIH
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5361